# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROSSLYN BROWN** and **CHARLES BROWN,**
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION,** Successor Trustee to BANK OF AMERICA NATONAL ASSOCIATION as Successor by Merger to LASALLE BANK NATIONAL ASSOCIATION, as Trustee for CERTIFICATEHOLDERS OF BEAR STERNS ASSET BACKED SECURITIES I LLC, ASSET BACKED CERTIFICATES, SERIES 2005-HE8, et. al.,
Appellee.

No. 4D15-4312

[March 5, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE 10-025468 (28).

Rosslyn Brown and Charles Brown, Miramar, pro se.

William L. Grimsley and Charles E. Stoecker of McGlinchey Stafford, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***